UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KEITH FREMIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-2951** |
| **W.S. McCAIN, WARDEN** | **SECTION: "A"(3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for habeas corpus relief filed by Keith Fremin is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE